

Cowan, Liebowitz & Latman, P.C.
114 West 47th Street
New York, NY 10036

(212) 790-9200 Tel
(212) 575-0671 Fax
www.cll.com

**Kieran G. Doyle**
(212) 790-9261
kgd@cll.com

May 8, 2018

**VIA ECF**

The Honorable Judge Paul A. Engelmayer
United States District Court, Southern District of New York
United States Courthouse
40 Foley Square
New York, New York 10007

    Re:    *Olsen v. Wolfgang's Steakhouse, Inc.*, No. 18 Civ. 01842 (PAE)

Dear Hon. Judge Engelmayer:

    We write in connection with the matter captioned Olsen v. Wolfgang's Steakhouse, Inc. Our firm represents defendant, Wolfgang's Steakhouse, Inc. We write to request an extension of time from May 11, 2018 until June 25, 2018 for Defendant to answer or otherwise move. Counsel for Plaintiff has consented to this extension.

    One prior request for an extension has been made by Defendant. Since that time, the parties have been in regular contact having exchanged at least twenty (20) emails and participated in additional telephone calls in an effort to reach a settlement. This morning the parties agreed on the terms of settlement. The additional time is requested to allow the parties time to draft, edit and finalize a written settlement agreement and to file a dismissal with the Court.

                                                             Respectfully submitted,

                                                              Kieran G. Doyle

26598/027/2424181

**Cowan, Liebowitz & Latman, P.C.**
The Honorable Carol Bagley Amon
March 4, 2016
Page 2


cc: Douglas Lipsky (via ECF)

26598/027/2424181