

Douglas B. Lipsky - Partner

630 Third Avenue, Fifth Floor
New York, New York 10017
Main:  212.392.4772
Direct:  212.444.1024
Fax:  212.444.1030
doug@lipskylowe.com

www.lipskylowe.com

May 11, 2018

<u>VIA ECF</u>
The Honorable Paul A. Engelmayer, U.S.D.J.
U.S. District Court for the Southern District of New York
40 Foley Square
New York, New York 10007

Re:   <u>Olsen v. Wolfgang's Steakhouse, Inc., Index No. 1:18-cv-1842 (PAE)</u>

Dear Judge Engelmayer:

This firm represents the Plaintiff, and we submit this letter on behalf of all parties to advise the Court that this matter has settled, resolving all claims. Given this development, the parties respectfully request (i) this matter be dismissed and discontinued without costs, and without prejudice to Plaintiff's right to open the action within thirty days of the Court's Order if the settlement is not consummated, and (ii) that Defendant's responsive pleading be adjourned *sine die*.

We appreciate the Court's consideration of these requests.

Respectfully submitted,
LIPSKY LOWE LLP


s/ Douglas B. Lipsky
Douglas B. Lipsky


CC:   Kieran Doyle (Via ECF)