DocuSign Envelope ID: 56EA9710-FFD8-413D-95FB-F2A6682697B1

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/1/2018

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------x
THOMAS J. OLSEN, Individually and on Behalf of
All Other Persons Similarly Situated,

             Plaintiff,

v.

WOLFGANG'S STEAKHOUSE INC.,

             Defendant.
---------------------------------------x

ECF CASE

1:18-cv-1842 (PAE)

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff and Defendant, under Fed. R. Civ. P. 41(a)(2), hereby stipulate to dismiss this action with prejudice, resolving all matters in dispute having been made and each party to bear its own fees and costs.

Dated: July 25 2018
New York, New York

_____
Douglas B. Lipsky, Esq.
LIPSKY LOWE LLP
630 Third Avenue, Fifth Floor
New York, NY 10017-6705
Email: doug@lipskylowe.com
Tel: 212.392.4772
*Attorneys for Plaintiff*

Dated: July 27 2018
New York, New York

_____
Kieran G. Doyle
COWAN, LIEBOWITZ & LATMAN, P.C.
114 West 47th Street
New York, New York 10036
kgd@cll.com
Tel: 212.790.9261

SO ORDERED:

Dated: New York, New York
       8/1 , 2018

_____
The Honorable Paul A. Engelmayer, U.S.D.J.

26598/027/2446341.5